IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEBBY ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08-3292-CV-S-RED |
| | ) | |
| SPRINGFIELD-GREENE COUNTY, | ) | |
| HEALTH DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT COXHEALTH'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, defendant Lester E. Cox Medical Centers d/b/a CoxHealth ("CoxHealth") moves the court for summary judgment in its favor and against plaintiff Debby Rose ("Rose") on all of plaintiff's claims against CoxHealth. CoxHealth incorporates by this reference its Suggestions in Support of Defendant CoxHealth's Motion for Summary Judgment filed contemporaneously with this motion.

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP

By: /s/ Bryan O. Wade
Bryan O. Wade, #41939
Ginger K. Gooch, #50302
1949 E. Sunshine Street, Suite 2-300
Springfield, MO 65804
Phone: 417.862.6726
Fax: 417.862.6948
bryan.wade@huschblackwell.com
ginger.gooch@huschblackwell.com
Attorneys for Defendant Lester E. Cox
Medical Centers d/b/a CoxHealth

1

## CERTIFICATE OF SERVICE

       I hereby certify that on June 29, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

James H. Arneson
Attorney at Law
1360 E. Bradford Parkway
Springfield, MO 65804

James F. Bennett
Dowd Bennett LLP
7733 Forsyth
Suite 1410
St. Louis, MO 63105

Jan Y. Millington
Assistant City Attorney
City of Springfield Law Department
840 Boonville Ave.
Springfield, MO 65801

/s/ Bryan O. Wade
Bryan O. Wade